UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

**CIVIL ACTION NO. 05-4-JBC**

**JULIE D. MURPHY,** **PLAINTIFF,**

**V.** **O R D E R**

**JO ANNE BARNHART, COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION,** **DEFENDANT.**

\* \* \* \* \* \* \* \* \* \*

This matter is before the court upon the Report and Recommendation of United States Magistrate Judge James B. Todd (DE 14). The parties have not filed objections to the Magistrate Judge's recommendation. When parties to an action do not object to the Magistrate Judge's report, the district court judge may give deference to the Report and Recommendation. *Thomas v. Arn*, 474 U.S. 140 (1985). After reviewing the record, the court concurs with the result recommended by the magistrate judge. Accordingly,

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED** as the opinion of the court, and the parties' motions for summary judgment (DE 10, 12) are **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that this matter is **REMANDED** to the Commissioner for further proceedings to correct the administrative errors noted in the Report and Recommendation.

Signed on November 2, 2005

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY